UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| JACOB ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>DYNASTY WIRELINE SERVICES, LLC,<br><br>Defendant. | No: 7:20-CV-00204-DC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Jacob Esparza, along with the opt-in Plaintiffs John Lucas, Zerrick Ray, and Bruce Franco (collectively "Plaintiffs"), through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), file this Notice of Voluntary Dismissal without Prejudice and state as follows:

Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without prejudice before the opposing party serves either an answer or a motion for summary judgment.

Defendants have not yet filed nor served an answer or a motion for summary judgment.

WHEREFORE, Plaintiffs respectfully dismisses this action without prejudice.

Dated: October 15, 2020                Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/s/ Richard J. Burch**
Richard J. (Rex) Burch
David Moulton
8 Greenway Plaza #1500
Houston, Texas 77046
Telephone: (713) 877-8788

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli, *admitted pro hac vice*
Armando A. Ortiz, *admitted pro hac vice*
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

1

Jfitapelli@fslawfirm.com
aortiz@fslawfirm.com

*Attorneys for the Plaintiff and Putative Class & Collective*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties this 15th day of October 2020.

**/s/ Richard J. Burch**